GEORGE KNOPFLER, ESQ. (State Bar No. 094041)
JAMES PAZOS, ESQ. (State Bar No. 163609)
KNOPFLER & PAZOS
An Association of Professional Law Corporations
315 So. Beverly Hills Dr., Suite 200
Beverly Hills, CA 90212
Phone      (310) 556-1010
Fax        (310) 556-1011

Attorneys for Defendants, PAYMAN SIMONI and SIMONI PLASTIC SURGERY, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESTYLE LIFT HOLDINGS, INC, A Michigan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAYMAN SIMONI, an individual; and SIMONI PLASTIC SURGERY, INC., a California corporation,<br><br>Defendants. | CASE NO. CV07-07007 CAS PLAx<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to Local Rules 8.3 of the United States District Court, Central District Local Rules, Plaintiff, LIFESTYLE LIFT HOLDINGS INC., by and through its attorney of record, Steven A. Berliner Esq., does hereby stipulate and agree to extend the time for Defendants, PAYMAN SIMONI and SIMONI PLASTIC SURGERY INC., to respond to Plaintiff's initial complaint in the

//
//
//
//

- 1 -
**STIPULATION FOR AN EXTENSION TO RESPOND TO COMPLAINT**

above-entitled action to December 12, 2007.

DATED: November 20, 2007

By: _____
Steven A. Berliner, Esq.,
Attorneys for Plaintiff,
Lifestyle Lift Holdings Inc.

DATED: November 20, 2007

KNOPFLER & PAZOS
An Association of Professional Law Corps.

By: _____
James Pazos, Esq.
Attorneys for Defendants Payman
Simoni and Simon Plastic Surgery
Inc.,

STIPULATION FOR AN EXTENSION TO RESPOND TO COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 31194 La Baya Drive, Suite 101, Westlake Village, California 91362.

On November 21, 2007, I served the following document(s) described as on all interested parties to this action, as follows: STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT.L

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

[Attorneys for Plaintiff]

Robert Berliner, Esq.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
(213) 533-4171
(213) 533-4174 Fax
rberliner@berliner-ip.com

Steven A. Berliner, Esq.
2300 South Sepulveda Boulevard
Los Angeles, CA 90064-1911
(310) 478-3940
(310) 478-3950 Fax
sberliner@berlinerlawfirm.com

☒ BY MAIL: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with our office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FAX: I caused the above-referenced document to be transmitted via facsimile from Fax 818-991-2270 to SERVICE LIST.

☐ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the addressee(s).

☐ BY OVERNITE EXPRESS: I caused such envelope to be delivered by Overnite Express to .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of November, 2007, at Westlake Village, California.

_____
Rebecca Luna

- 1 -
PROOF OF SERVICE