| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| George Knopfler, Esq., #094041<br>James Pazos, Esq., #163609<br>Knopfler & Pazos<br>An Association of Professional Law Corporations<br>315 South Beverly Hill Drive, Suite 200<br>Beverly Hills, CA 90212<br>Phone: (310) 556-1010 · Fax: (310) 556-1011 | FILED 07 DEC 21 AM 11:10 |

ATTORNEYS FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESTYLE LIFT HOLDINGS, INC., et. al.<br><br>Plaintiff(s),<br>v<br>PAYMAN SIMONI, et. al.<br><br>Defendant(s) | CASE NUMBER<br><br>CV 07-07007 CAS PLAx  "BY FAX"<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendants, Payman Simoni and Simoni Plastic Surgery, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Robert Berliner, Esq.         (Attorneys for Plaintiffs)
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
(213) 533-4171
(213) 553-4174 Fax

Steven A. Berliner, Esq.
2300 South Sepulveda Blvd.
Los Angeles, CA 90064-1911
(310) 478-3940
(310) 478-3950 Fax

12/21/07
Date

Sign _____
James Pazos, Esq., Attorneys for Defendants
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 31194 La Baya Drive, Suite 101, Westlake Village, California 91362.

On December 21, 2007, I served the following document(s) described as on all interested parties to this action, as follows: CERTIFICATION AND NOTICE OF INTERESTED PARTIES

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

[Attorneys for Plaintiff]

Robert Berliner, Esq.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
(213) 533-4171
(213) 533-4174 Fax
rberliner@berliner-ip.com

Steven A. Berliner, Esq.
2300 South Sepulveda Boulevard
Los Angeles, CA 90064-1911
(310) 478-3940
(310) 478-3950 Fax
sberliner@berlinerlawfirm.com

☒ BY MAIL: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with our office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FAX: I caused the above-referenced document to be transmitted via facsimile from Fax 818-991-2270 to SERVICE LIST.

☐ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the addressee(s).

☐ BY OVERNITE EXPRESS: I caused such envelope to be delivered by Overnite Express to             .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2007, at Westlake Village, California.

_Rebecca Luna_
Rebecca Luna

- 2 -
PROOF OF SERVICE