Robert Berliner, Esq. (SBN 39519)
Email: rberliner@berliner-ip.com
555 W. Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel.: (213) 533-4171
Fax: (213) 533-4174

Steven A. Berliner, Esq. (SBN 151996)
Email: sberliner@berlinerlawfirm.com
2300 S. Sepulveda Blvd.
Los Angeles, CA 90064-1911
Tel.: (310) 478-3940
Fax: (310) 478-3950

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESTYLE LIFT HOLDING, INC., _et al._, <br><br> Plaintiffs, <br><br> vs. <br><br> PAYMAN SIMONI, _et al._, <br><br> Defendants. | Case No. CV07-7007 CAS (PLAx) <br><br> **STIPULATION REQUESTING ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM AND CONTINUING RULE 16 SCHEDULING CONFERENCE; [PROPOSED] ORDER THEREON** |
| PAYMAN SIMONI, _et al._, <br><br> Counterclaimants, <br><br> vs. <br><br> LIFESTYLE LIFT HOLDING, INC., _et al._, <br><br> Counterdefendants. | Scheduling Conf: 2/4/08 |

All parties, by and through their counsel of record herein, do stipulate and request as follows:

1. The parties are engaged in negotiations which appear likely to result in settlement within the next 15 to 30 days.

2. Presently, on January 14, 2008 responses to the counterclaim are due and, as a result of the Scheduling Conference being calendared February 4, 2008, on the same date of January 14, 2008 the parties are required to have disclosed information and conferred on a discovery plan under FRCP Rules 16 and 26.

3. A 30 day extension of the time to respond to counterclaim and a 4 week continuance of the Scheduling Conference would give the parties and their counsel sufficient time to conclude pending settlement negotiations without having to expend limited resources responding to the counterclaim, exchanging information under Rule 26, and conferring under Rules 16 and 26.

4. The parties therefore request the following:

a. An extension of time for counter-defendants to respond to the

counterclaim, from January 14, 2008 to February 13, 2008; and

b. A continuance of the February 4, 2008 Scheduling Conference to March 3, 2008, with a corresponding re-setting of all dates for initial information exchanges and meetings under FRCP Rules 16 and 26.

Dated: January 3, 2008          By: _____
                                    Steven A. Berliner, Esq.
                                    Attorney for All Plaintiffs and
                                    All Counterdefendants


Dated: January 3, 2008          By: _____
                                    James Pazos, Esq.
                                    Attorney for All Defendants and
                                    All Counterclaimants

**IT IS SO ORDERED.**

_____             _____
Date                            U.S. District Court Judge

3