1  Robert Berliner, Esq. (SBN 39519)
2  Email: rberliner@berliner-ip.com
   555 W. Fifth Street, 31st Floor
3  Los Angeles, CA 90013
4  Tel.: (213) 533-4171
   Fax: (213) 533-4174
5
6  Steven A. Berliner, Esq. (SBN 151996)
   Email: sberliner@berlinerlawfirm.com
7  2300 S. Sepulveda Blvd.
8  Los Angeles, CA 90064-1911
   Tel.: (310) 478-3940
9  Fax: (310) 478-3950
10
   Attorneys for Plaintiffs
11

12              **IN THE UNITED STATES DISTRICT COURT**

13            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15  LIFESTYLE LIFT HOLDING, INC., *et al.*,          )   Case No. CV07-7007 CAS (PLAx)
                                                     )
16                                                   )   **STIPULATION REQUESTING**
                         Plaintiffs,                 )   **ORDER EXTENDING TIME TO**
17                                                   )   **RESPOND TO COUNTERCLAIM**
        vs.                                          )   **AND CONTINUING RULE 16**
18                                                   )   **SCHEDULING CONFERENCE;**
    PAYMAN SIMONI, *et al.*,                         )   **ORDER THEREON**
19                                                   )
                         Defendants.                 )
20                                                   )
                                                     )
21  PAYMAN SIMONI, *et al.*,                         )   Scheduling Conf: 2/4/08
                                                     )
22                       Counterclaimants,           )
                                                     )
23      vs.                                          )
                                                     )
24  LIFESTYLE LIFT HOLDING, INC., *et al.*,          )
                                                     )
25                                                   )
                         Counterdefendants.          )
26

27

28

                                      1

1

2          All parties, by and through their counsel of record herein, do stipulate and

3  request as follows:

4

5

6          1.      The parties are engaged in negotiations which appear likely to result

7  in settlement within the next 15 to 30 days.

8

9

10         2.      Presently, on January 14, 2008 responses to the counterclaim are due

11  and, as a result of the Scheduling Conference being calendared February 4, 2008,

12
    on the same date of January 14, 2008 the parties are required to have disclosed
13

14  information and conferred on a discovery plan under FRCP Rules 16 and 26.

15

16
           3.      A 30 day extension of the time to respond to counterclaim and a
17

18  4 week continuance of the Scheduling Conference would give the parties and their

19
    counsel sufficient time to conclude pending settlement negotiations without having
20

21  to expend limited resources responding to the counterclaim, exchanging

22  information under Rule 26, and conferring under Rules 16 and 26.

23

24

25         4.      The parties therefore request the following:

26

27
           a.      An extension of time for counter-defendants to respond to the
28

counterclaim, from January 14, 2008 to February 13, 2008; and

     b.     A continuance of the February 4, 2008 Scheduling Conference to March 3, 2008 at 11:00 a.m., with a corresponding re-setting of all dates for initial information exchanges and meetings under FRCP Rules 16 and 26.

Dated: January 15, 2008          By:     _____/S/_____
                                            Steven A. Berliner, Esq.
                                            Attorney for All Plaintiffs and
                                            All Counterdefendants

Dated: January 15, 2008          By:     _____/S/_____
                                            James Pazos, Esq.
                                            Attorney for All Defendants and
                                            All Counterclaimants

**IT IS SO ORDERED.**

1/14/2008                                   _____
Date                                        U.S. District Court Judge

**PROOF OF SERVICE**

I, Steven A. Berliner, hereby declare:

My business address is 2300 S. Sepulveda Blvd., Los Angeles, California, in the city and county of Los Angeles.  I am over the age of eighteen years and am not a party to this action.

On January 15, 2008, I served on all parties in the action

**STIPULATION REQUESTING ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM AND CONTINUING RULE 16 SCHEDULING CONFERENCE; [PROPOSED] ORDER THEREON**

__x__ (by mail) by depositing a true copy thereof in a sealed envelope with postage fully paid in the United States mail at Los Angeles, California, to the addresses shown below.

____ (by personal delivery) by having a messenger personally deliver a true copy thereof to the person(s) listed below, at the address(es) set forth below.

____ (by overnight mail) by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express / UPS collection box, at Los Angeles, California, and addressed as set forth below.

____ (by facsimile transmission) by transmitting said document(s) from my office machine, (310) 478-3950, to facsimile machine number(s) shown below.  Following transmission, I received a "Transmission Report" from our fax machine indicating that the document(s) had been transmitted without error.

**Original ___          Copy _x__**

James Pazos, Esq.
KNOPFLER & PAZOS
315 So. Beverly Drive, Suite 200
Beverly Hills, CA 90212
FAX (310) 556-1011

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 15, 2008          Signed: _____

Steven A. Berliner

4