Robert Berliner, Esq. (SBN 39519)
Email: rberliner@berliner-ip.com
555 W. Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel.: (213) 533-4171
Fax: (213) 533-4174

Steven A. Berliner, Esq. (SBN 151996)
Email: sberliner@berlinerlawfirm.com
2300 S. Sepulveda Blvd.
Los Angeles, CA 90064-1911
Tel.: (310) 478-3940
Fax: (310) 478-3950

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESTYLE LIFT HOLDING, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PAYMAN SIMONI, *et al.*,<br><br>　　　　　Defendants. | Case No. CV07-7007 CAS (PLAx)<br><br>**STIPULATION REQUESTING ORDER CONTINUING RULE 16 SCHEDULING CONFERENCE** |
| PAYMAN SIMONI, *et al.*,<br><br>　　　　　Counterclaimants,<br><br>　vs.<br><br>LIFESTYLE LIFT HOLDING, INC., *et al.*,<br><br>　　　　　Counterdefendants. | Scheduling Conf: 3/3/08 |

1

All parties, by and through their counsel of record herein, do stipulate and request as follows:

1. The parties have been pursuing settlement negotiations since December, and at present they have nearly concluded negotiations. The effort seems likely to result in settlement within the next 10 to 20 days. The case involves allegations of trademark infringement and false advertising. The parties are concluding their negotiation of terms, including with respect to their conduct of future marketing activities.

2. Presently, the Scheduling Conference is calendared for March 3, 2008. Previously the Scheduling Conference was continued from February 4, 2008 at the joint request of the parties, so that the pending settlement negotiations could be made without having to expend limited resources exchanging information under Rule 26, and conferring under Rules 16 and 26.

3. A three-week continuance of the Scheduling Conference would give the parties and their counsel sufficient time to conclude pending settlement negotiations.

4. The parties therefore request a continuance of the March 3, 2008 Scheduling Conference to March 24, 2008, with a corresponding re-setting of all dates for initial information exchanges, meetings, and reporting under FRCP Rules 16 and 26.

Dated: February 18, 2008   By: _____
                                Steven A. Berliner, Esq.
                                Attorney for All Plaintiffs and
                                All Counterdefendants

Dated: February 18, 2008   By: _____
                                James Pazos, Esq.
                                Attorney for All Defendants and
                                All Counterclaimants

# PROOF OF SERVICE

I, Steven A. Berliner, hereby declare:

My business address is 2300 S. Sepulveda Blvd., Los Angeles, California, in the city and county of Los Angeles. I am over the age of eighteen years and am not a party to this action.

On February 19, 2008, I served on all parties in the action

**STIPULATION REQUESTING ORDER CONTINUING RULE 16 SCHEDULING CONFERENCE; and [PROPOSED] ORDER**

__x__ (by mail) by depositing a true copy thereof in a sealed envelope with postage fully paid in the United States mail at Los Angeles, California, to the addresses shown below.

____ (by personal delivery) by having a messenger personally deliver a true copy thereof to the person(s) listed below, at the address(es) set forth below.

____ (by overnight mail) by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express / UPS collection box, at Los Angeles, California, and addressed as set forth below.

____ (by facsimile transmission) by transmitting said document(s) from my office machine, (310) 478-3950, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the document(s) had been transmitted without error.

**Original ___          Copy _x_**

Robert Berliner, Esq.
555 W. Fifth Street, 31st Floor
Los Angeles, CA 90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 19, 2008          Signed: _____
                                                Steven A. Berliner