IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESTYLE LIFT HOLDING, INC., *et al.*, <br><br>      Plaintiffs, <br><br> vs. <br><br> PAYMAN SIMONI, *et al.*, <br><br>      Defendants. | Case No. CV07-7007 CAS (PLAx) <br><br> **ORDER** |
| PAYMAN SIMONI, *et al.*, <br><br>      Counterclaimants, <br><br> vs. <br><br> LIFESTYLE LIFT HOLDING, INC., *et al.*, <br><br>      Counterdefendants. | Scheduling Conf: 3/3/08 |

All parties having requested a three-week continuance of the March 3, 2008 Rule 16 Scheduling Conference herein;

All parties having represented that settlement seems likely within the next 10 to 20 days, and that an additional three week's continuance of the March 3

1

Scheduling Conference will help them promptly conclude pending settlement negotiations; and

A single, prior four-week continuance having been granted at the parties request;

**IT IS HEREBY ORDERED THAT:**

1. The March 3, 2008 Scheduling Conference is continued to March 24, 2008 at 11:00 a.m., with a corresponding re-setting of all dates for initial information exchanges, meetings, and reporting under FRCP Rules 16 and 26.

*Christine A. Snyder*

_February 25, 2008_____  _____
      Date                                     U.S. District Court Judge