1  Robert Berliner, Esq. (SBN 39519)
2  Email: rberliner@berliner-ip.com
   555 W. Fifth Street, 31st Floor
3  Los Angeles, CA 90013
4  Tel.: (213) 533-4171
   Fax: (213) 533-4174
5
6  Steven A. Berliner, Esq. (SBN 151996)
   Email: sberliner@berlinerlawfirm.com
7  2300 S. Sepulveda Blvd.
8  Los Angeles, CA 90064-1911
   Tel.: (310) 478-3940
9  Fax: (310) 478-3950
10
11 Attorneys for Plaintiffs and Counterdefendants

12            **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  LIFESTYLE LIFT HOLDING, INC., *et al.*, | Case No. CV07-7007 CAS (PLAx) |
| 16 | **NOTICE OF SETTLEMENT** |
| 17                     Plaintiffs, | |
| 18      vs. | |
| 19  PAYMAN SIMONI, *et al.*, | |
| 20                     Defendants. | |
| 21  PAYMAN SIMONI, *et al.*, | Scheduling Conf: 3/24/08 |
| 22                     Counterclaimants, | |
| 23      vs. | |
| 24  LIFESTYLE LIFT HOLDING, INC., *et al.*, | |
| 25 | |
| 26                     Counterdefendants. | |

27

28

1

Dockets.Justia.com

TO THE HONORABLE COURT:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 16-15.7, of settlement of the entire action. Settlement papers have been finalized and are out for signature. Executory obligations under the agreement are expected to be performed within thirty (30) days of March 14, 2007, after which the parties expect to file papers for dismissal with prejudice of the entire action, including complaint and counterclaim, on or before April 23, 2007.

A status conference re Settlement is requested thereafter, with a proviso for no appearance to be required in the event a joint request for dismissal with prejudice is filed beforehand.

In the interim, there is presently on calendar a Rule 16 Scheduling Conference set for March 24, 2008, which it is requested be taken off calendar or continued in light of this Notice of Settlement.

Dated: March 12, 2008           By: _____
                                     Steven A. Berliner, Esq.
                                     Attorney for All Plaintiffs and
                                     All Counterdefendants

2

**PROOF OF SERVICE**

I, Steven A. Berliner, hereby declare:

My business address is 2300 S. Sepulveda Blvd., Los Angeles, California, in the city and county of Los Angeles. I am over the age of eighteen years and am not a party to this action.

On March 12, 2008, I served on all parties in the action

**NOTICE OF SETTLEMENT**

__x__ (by mail) by depositing a true copy thereof in a sealed envelope with postage fully paid in the United States mail at Los Angeles, California, to the addresses shown below.

_____ (by personal delivery) by having a messenger personally deliver a true copy thereof to the person(s) listed below, at the address(es) set forth below.

_____ (by overnight mail) by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express / UPS collection box, at Los Angeles, California, and addressed as set forth below.

_____ (by facsimile transmission) by transmitting said document(s) from my office machine, (310) 478-3950, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the document(s) had been transmitted without error.

**Original** ___          **Copy** _x__

Robert Berliner, Esq.
555 W. Fifth Street, 31st Floor
Los Angeles, CA 90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 12, 2008          Signed: _____
                                        Steven A. Berliner

3