1 | GEORGE KNOPFLER, ESQ. (State Bar No. 094041)
2 | JAMES PAZOS, ESQ. (State Bar No. 163609)
KNOPFLER & PAZOS
3 | An Association of Professional Law Corporations
315 So. Beverly Hills Dr., Suite 200
Beverly Hills, CA 90212
4 | Phone      (310) 556-1010
Fax         (310) 556-1011
5 |
Attorneys for Defendants, PAYMAN SIMONI and SIMONI PLASTIC
6 | SURGERY, INC.

7

8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | LIFESTYLE LIFT HOLDINGS, INC., a )   CASE NO. CV07-7007 CAS (PLAx)
Michigan corporation; BEVERLY        )
12 | HILLS PLASTIC SURGERY CENTER, )   **STIPULATION OF DISMISSAL**
PROF. CORP., a California corporation; )
13 | and SANTA ANA SURGICAL              )
CENTER PROF. CORP., a California     )
14 | corporation,                         )
                                         )
15 |          Plaintiffs,                 )
                                         )
16 |     vs.                              )
                                         )
17 | PAYMAN SIMONI, an individual; and )
SIMONI PLASTIC SURGERY, INC., a    )
18 | California corporation,              )
                                         )
19 |          Defendants.                 )
                                         )
20 | PAYMAN SIMONI, an individual; and )
SIMONI PLASTIC SURGERY, INC., a    )
21 | California corporation,              )
                                         )
22 |          Counterclaimants,           )
     vs.                                  )
23 |                                      )
LIFESTYLE LIFT HOLDINGS, INC., a  )
24 | Michigan corporation; BEVERLY       )
HILLS PLASTIC SURGERY CENTER,     )
25 | PROF. CORP., a California corporation; )
and SANTA ANA SURGICAL             )
26 | CENTER PROF. CORP., a California    )
corporation,                          )
27 |                                      )
          Counterdefendants.             )
28 | _____ )

- 1 -

STIPULATION OF DISMISSAL OF ACTION

1     IT IS HEREBY STIPULATED, by and between the parties to this action,

2  through their designated counsel, that the above-captioned action (including

3  Plaintiffs' complaint and Counterclaimants' counterclaim) be and hereby is

4  dismissed, in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

5

6  DATED: April 17, 2008       Steven A. Berliner, Esq.,

7

8                          By:

9                            Steven A. Berliner, Esq.,
                             Attorneys for All Plaintiffs and All

10                         Counterdefendants, Lifestyle Lift
                         Holdings Inc., Beverly Hills Plastic

11                         Surgery Center, Prof. Corp., and
                         Santa Ana Surgical Center Prof.

12                         Corp.

13  DATED: April 24, 2008      KNOPFLER & PAZOS

14                         An Association of Professional Law Corps.

15

16                          By:

17                           James Pazos, Esq.
                         Attorneys for All Defendants and All

18                         Counterclaimants Payman Simoni and
                         Simon Plastic Surgery Inc.

19

20

21

22

23

24

25

26

27

28

- 2 -

**STIPULATION OF DISMISSAL OF ACTION**