Lifestyle Lift Holding, Inc. et al v. Payman Simoni et al Doc. 23

**GEORGE KNOPFLER, ESQ. (State Bar No. 094041)**
**JAMES PAZOS, ESQ. (State Bar No. 163609)**
**KNOPFLER & PAZOS**
**An Association of Professional Law Corporations**
**315 So. Beverly Hills Dr., Suite 200**
**Beverly Hills, CA 90212**
**Phone (310) 556-1010**
**Fax (310) 556-1011**

Attorneys for Defendants, PAYMAN SIMONI and SIMONI PLASTIC SURGERY, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESTYLE LIFT HOLDINGS, INC., a Michigan corporation; BEVERLY HILLS PLASTIC SURGERY CENTER, PROF. CORP., a California corporation; and SANTA ANA SURGICAL CENTER PROF. CORP., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYMAN SIMONI, an individual; and SIMONI PLASTIC SURGERY, INC., a California corporation,<br><br>Defendants.<br>_______________<br>PAYMAN SIMONI, an individual; and SIMONI PLASTIC SURGERY, INC., a California corporation,<br><br>Counterclaimants,<br>vs.<br><br>LIFESTYLE LIFT HOLDINGS, INC., a Michigan corporation; BEVERLY HILLS PLASTIC SURGERY CENTER, PROF. CORP., a California corporation; and SANTA ANA SURGICAL CENTER PROF. CORP., a California corporation,<br><br>Counterdefendants. | CASE NO. CV07-7007 CAS (PLAx)<br><br>**~~[PROPOSED]~~ ORDER RE: DISMISSAL OF ACTION** |

Dockets.Justia.com

All Parties having executed a stipulation to dismiss the entire action with prejudice;

**IT IS HEREBY ORDERED THAT**:

The above-captioned action is dismissed, with prejudice, in its entirety.

DATED: May 14, 2008

U.S. DISTRICT COURT JUDGE