

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

FILED 2007 OCT 26 PM 2:57 U.S. DIST. OF CALIF.

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CV07-07007 CAS PLAx | | Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Lifestyle Lift Holding, Inc.;<br>Beverly Hills Plastic Surgery Center, Prof. Corp.; and<br>Santa Ana Surgery Center, Prof. Corp. | Payman Simoni; and<br>Simoni Plastic Surgery Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Reg # 3,102,900 | 6/13/2006 | Lifestyle Lift Holding, Inc., a Michigan corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

CIVIL MINUTES OF 3/14/2008, REMOVING ACTION FROM ACTIVE LIST, PURSUANT TO SETTLEMENT. ORDER OF DISMISSAL FILED 5/14/2008.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERRI R. CARTER | GRACE KAMI | MAY 16 2008 |

Copy 1—Upon initiation of action, mail this copy to Director  Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director  Copy 4—Case file copy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV07-7007-CAS(PLAx) | Date | March 14, 2008 |
|---|---|---|---|
| Title | *LIFESTYLE LIFT HOLDING, INC.; ET AL. v. PAYMAN SIMONI; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**  (IN CHAMBERS) - ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO SETTLEMENT.

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about March 12, 2008;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within 45 days and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |

cc:   Counsel

1  GEORGE KNOPFLER, ESQ. (State Bar No. 094041)
   JAMES PAZOS, ESQ. (State Bar No. 163609)
2  KNOPFLER & PAZOS
   An Association of Professional Law Corporations
3  315 So. Beverly Hills Dr., Suite 200
   Beverly Hills, CA 90212
4  Phone      (310) 556-1010
   Fax        (310) 556-1011
5
   Attorneys for Defendants, PAYMAN SIMONI and SIMONI PLASTIC
6  SURGERY, INC.

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11 | LIFESTYLE LIFT HOLDINGS, INC., a ) CASE NO. CV07-7007 CAS (PLAx)
   | Michigan corporation; BEVERLY    )
12 | HILLS PLASTIC SURGERY CENTER, ) [PROPOSED] ORDER RE:
   | PROF. CORP., a California corporation; ) DISMISSAL OF ACTION
13 | and SANTA ANA SURGICAL           )
   | CENTER PROF. CORP., a California )
14 | corporation,                     )
                                      )
15 |         Plaintiffs,               )
                                      )
16 |    vs.                           )
                                      )
17 | PAYMAN SIMONI, an individual; and )
   | SIMONI PLASTIC SURGERY, INC., a  )
18 | California corporation,           )
                                      )
19 |         Defendants.               )
   |_____)
20 | PAYMAN SIMONI, an individual; and )
   | SIMONI PLASTIC SURGERY, INC., a  )
21 | California corporation,           )
                                      )
22 |         Counterclaimants,         )
   |    vs.                           )
23 |                                   )
   | LIFESTYLE LIFT HOLDINGS, INC., a )
24 | Michigan corporation; BEVERLY    )
   | HILLS PLASTIC SURGERY CENTER, )
25 | PROF. CORP., a California corporation; )
   | and SANTA ANA SURGICAL           )
26 | CENTER PROF. CORP., a California )
   | corporation,                     )
27 |                                   )
   |         Counterdefendants.        )
28 |_____)

- 1 -

**[PROPOSED] ORDER RE: DISMISSAL OF ACTION**

1  All Parties having executed a stipulation to dismiss the entire action with
2 prejudice;
3  **IT IS HEREBY ORDERED THAT**:
4  The above-captioned action is dismissed, with prejudice, in its entirety.
5
6 DATED: May 14, 2008            *[signature]*
7                                 U.S. DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
**[PROPOSED] ORDER RE: DISMISSAL OF ACTION**